# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GEOFFREY M. RADVANSKY,  ) | CASE NO.:  1:02CV634 |
| ) | |
| Plaintiff,  ) | JUDGE JOHN ADAMS |
| ) | |
| v.  ) | **JUDGMENT** |
| ) | |
| CITY OF OLMSTED FALLS, et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

This matter came for jury trial during the weeks of June 6 and June 13, 2005.  On June 14, 2005, the jury was instructed by the Court, conducted deliberations, and returned a verdict in favor of Defendants Thomas Telegdy and Ralph Saxer.

The Court finds that the verdict of the jury is in order and should be reduced to judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is granted in favor of Defendants Thomas Telegdy and Ralph Saxer on the remaining claim in Plaintiff's Complaint.

So ordered.

*s/ Judge John R. Adams*_ 6/29/05_
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT